Submitted on record and briefs May 7, reversed and remanded for new trial
June 16, 1999

STATE OF OREGON,
*Respondent,*

*v.*

DANIEL CARL ERNST,
*Appellant.*

(10-96-10047; CA A99901)

987 P2d 527

David E. Groom, Public Defender, and Mary M. Reese, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

## PER CURIAM

Defendant was charged with unlawful possession of a controlled substance and unlawful manufacture of a controlled substance. At trial, he was permitted to waive counsel and proceed *pro se*. Defendant was found guilty and sentenced. On appeal, he contends that the trial court erred in accepting his waiver of counsel without an adequate inquiry into his understanding of his right to counsel or the ramifications of proceeding without counsel. The state concedes that the record does not demonstrate a valid waiver of counsel. We accept the state's concession.

Reversed and remanded for new trial.